**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Devon HUBBARD, Defendant–Appellant.**

**No. 14–10764**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 22, 2016.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Patricia Green Rhodes, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Devon Hubbard, FCI Coleman Low–Inmate Legal Mail, Coleman, FL, James Pete Theodocion, J. Pete Theodocion, PC, Augusta, GA, for Defendant–Appellant.

Before MARCUS, WILSON and ROSENBAUM, Circuit Judges.

PER CURIAM:

James Theodocion, retained counsel for Devon Hubbard in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examina-

tion of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hubbard's conviction and sentence are **AFFIRMED.**